MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First St. West
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

INDUSTRY WEST COMMERCE
CENTER, LLC

        Debtor.

Case No. 10-10088

**BALLOTS VOTING ON DEBTOR'S PLAN OF REORGANIZATION**

    Attached hereto are the original ballots of creditors voting on the Debtor's Reorganization. Said ballots constitute all ballots voting in this proceeding with regard to the Plan.

Dated: April 20, 2010

                                    /s/ John H. MacConaghy
                                    John H. MacConaghy
                                    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 10-10088
INDUSTRY WEST COMMERCE ) (Chapter 11)
CENTER, LLC )
A California limited liability company )
           Debtor. )
_____ )  **BALLOT FOR ACCEPTING OR**
                                      **REJECTING JOINT**
                                      **PLAN OF REORGANIZATION**

     The Debtor's Plan of Reorganization of Industry West Commerce Center, LLC is dated February 18, 2010. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain one from John H. MacConaghy, Esq., the attorney for the Debtor, contact information below. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

     You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan

     If your ballot is not received by John H. MacConaghy, Esq., by mail, fax, or email, on or before April 16, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

     If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION

The undersigned, a creditor of the above-named debtors in the unpaid principal amount of $ 1,113.29          ,

                    [*check one*]    ☒    ACCEPTS
                                      ☐    REJECTS

the Debtor's Plan of Reorganization.

Dated: 03/25/10              Party's name: Pachulski Stang Ziehl
                                                                                                                                                                                                                                                                                                  & Jones LLP
                                                   Signature: _____.
                       [*if appropriate*] BY: Debra Grassgreen, Esq.
                                                       As:
                                                        Address: 150 California Street, 15 Fl
                                                                 San Francisco, CA 94111

     RETURN THIS BALLOT ON OR BEFORE **APRIL 16, 2010**, TO: JOHN H. MACCONAGHY, 645 FIRST ST. WEST, SONOMA, CA 95476, FAX (707) 935-7051, MACCLAW@MACBARLAW.COM.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 10-10088
INDUSTRY WEST COMMERCE ) (Chapter 11)
CENTER, LLC )
A California limited liability company )
          Debtor. )
_____ ) **BALLOT FOR ACCEPTING OR**
                                       **REJECTING JOINT**
                                       **PLAN OF REORGANIZATION**

      The Debtor's Plan of Reorganization of Industry West Commerce Center, LLC is dated February 18, 2010. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain one from John H. MacConaghy, Esq., the attorney for the Debtor, contact information below. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

      **You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan**

      **If your ballot is not received by John H. MacConaghy, Esq., by mail, fax, or email, on or before April 16, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

      **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION

The undersigned, a creditor of the above-named debtors in the unpaid principal amount of $ 59,517.00 ,

                      [*check one*]    ☒    ACCEPTS
                                                 ☐    REJECTS

the Debtor's Plan of Reorganization.

Dated: 3/25/2010          Party's name: CATALYST CONSTRUCTION
                                      Signature: [signature]
                         [*if appropriate*] BY: BRENT COLLINS
                                             As: VP
                                       Address: 7451 GALILEE RD, STE 100
                                                        ROSEVILLE, CA 95678

     RETURN THIS BALLOT ON OR BEFORE **APRIL 16, 2010**, TO: JOHN H. MACCONAGHY, 645 FIRST ST. WEST, SONOMA, CA 95476, FAX (707) 935-7051, MACCLAW@MACBARLAW.COM.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
)  Case No. 10-10088
INDUSTRY WEST COMMERCE )  (Chapter 11)
CENTER, LLC )
A California limited liability company )
         Debtor. )
_____)  **BALLOT FOR ACCEPTING OR**
          **REJECTING JOINT**
          **PLAN OF REORGANIZATION**

     The Debtor's Plan of Reorganization of Industry West Commerce Center, LLC is dated February 18, 2010. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain one from John H. MacConaghy, Esq., the attorney for the Debtor, contact information below. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

     **You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan**

     **If your ballot is not received by John H. MacConaghy, Esq., by mail, fax, or email, on or before April 16, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

     **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION

The undersigned, a creditor of the above-named debtors in the unpaid principal amount of $ 2,000,000.00

     [*check one*]  ☒  ACCEPTS
                        ☐  REJECTS

the Debtor's Plan of Reorganization.

Dated: 3/26/10        Party's name: Mark & Irma McClure
                                Signature: [signature]
                        [*if appropriate*] BY: MARK McClure
                                       As:
                                  Address: 1408 GLEN VIEW CT
                                                 ROSEVILLE CA 95747

RETURN THIS BALLOT ON OR BEFORE **APRIL 16, 2010**, TO: JOHN H. MACCONAGHY, 645 FIRST ST. WEST, SONOMA, CA 95476, FAX (707) 935-7051, MACCLAW@MACBARLAW.COM.

9530.BAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
)   Case No. 10-10088
INDUSTRY WEST COMMERCE )   (Chapter 11)
CENTER, LLC )
A California limited liability company )
              Debtor. )
_____ )   **BALLOT FOR ACCEPTING OR**
                                      **REJECTING JOINT**
                                      **PLAN OF REORGANIZATION**

The Debtor's Plan of Reorganization of Industry West Commerce Center, LLC is dated February 18, 2010. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain one from John H. MacConaghy, Esq., the attorney for the Debtor, contact information below. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan**

**If your ballot is not received by John H. MacConaghy, Esq., by mail, fax, or email, on or before April 16, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION**

The undersigned, a creditor of the above-named debtors in the unpaid principal amount of $ 15,873,519.96 ,

[check one]  ☐  ACCEPTS
             ☒  REJECTS

the Debtor's Plan of Reorganization.

Dated: 4/13/10

Party's name: Central Pacific Bank
Signature: Laura Capazano
[if appropriate] BY: Laura Capazano
As: Vice President
Address: 16870 W. Bernardo Dr #360
San Diego, CA 92127

RETURN THIS BALLOT ON OR BEFORE **APRIL 16, 2010**, TO: JOHN H. MACCONAGHY, 645 FIRST ST. WEST, SONOMA, CA 95476, FAX (707) 935-7051, MACCLAW@MACBARLAW.COM.

9530.BAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
INDUSTRY WEST COMMERCE CENTER, LLC
A California limited liability company
    Debtor.

Case No. 10-10088
(Chapter 11)

**BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION**

    The Debtor's Plan of Reorganization of Industry West Commerce Center, LLC is dated February 18, 2010. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain one from John H. MacConaghy, Esq., the attorney for the Debtor, contact information below. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan

    If your ballot is not received by John H. MacConaghy, Esq., by mail, fax, or email, on or before April 16, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

    If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION

The undersigned, a creditor of the above-named debtors in the unpaid principal amount of $ 800,000,

[check one]  ☐ ACCEPTS
                ☒ REJECTS

the Debtor's Plan of Reorganization.

Dated: 4/15/10

Party's name: Todd JBRE, LLC
Signature: [signature]
[if appropriate] BY:
As: counsel for creditor
Address: 100 E St., Ste. 214
Santa Rosa CA 95404

RETURN THIS BALLOT ON OR BEFORE **APRIL 16, 2010**, TO: JOHN H. MACCONAGHY, 645 FIRST ST. WEST, SONOMA, CA 95476, FAX (707) 935-7051, MACCLAW@MACBARLAW.COM.

9530.BAL