UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 10-10088
INDUSTRY WEST COMMERCE ) (Chapter 11)
CENTER, LLC )
       Debtor. )
_____) Hearing Date: 5/7/2010
Time: 10:00 a.m.
Place: 99 South E St., Santa Rosa, CA

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORITY
TO USE CASH COLLATERAL AND
PROVIDE ADEQUATE PROTECTION**

TO: **CENTRAL PACIFIC BANK; CLINTON JAMES BROWN,** AS SERVICING AGENT FOR THE ENTITIES SET FORTH ON THAT CERTAIN "NOTICE OF INTEREST IN REVENUES GENERATED FROM REAL PROPERTY" FILED HEREIN AS DOCKET NO. **9; MARK C. MCCLURE AND IRMA T. MCCLURE,** AS TRUSTEES OF THE MCCLURE FAMILY TRUST; AND OTHER PARTIES IN INTEREST:

    **NOTICE IS HEREBY GIVEN** that on **May 7, 2010, at 10:00 a.m.**, in the Courtroom of the Hon. Alan Jaroslovsky, 99 South E St., Santa Rosa, CA 95404 a hearing will be held on the Debtor's "Second Motion for Authority to Use Cash Collateral and Provide Adequate Protection", which may affect your rights. A summary of the relief sought is as follows. The Debtor is required to pay critical ongoing expenses in the ordinary course of business, such as payroll, insurance, essential property maintenance, utilities, and other items. The Debtor uses rental income from its investment real property to pay these expenses. The Debtor's post-petition rental income is "cash collateral", as the term is defined in Bankruptcy Code Section 363, in favor of the secured lenders described above. The Debtor has already been granted authority to use cash collateral through April 30, 2010, and by this Motion seeks and extension of its right to use cash collateral through July 31, 2010. The Debtor may also seek the right to make certain periodic payments to its secured creditors as "adequate protection payments".

    If you require further information concerning these motions or information concerning appearing in Court by telephone, please contact the undersigned attorney for the debtor. Service of this notice and related papers is being made pursuant to an Order Shortening Time entered by the Bankruptcy Court. If you wish to object to this Motion, consult the Court's website at www.canb.uscourts.gov for instructions regarding deadlines and the requirements for electronic filing of documents.

Dated: April 30, 2010       /s/ John H. MacConaghy
     John H. MacConaghy, State Bar No. 83684
     MacCONAGHY & BARNIER, PLC
     645 First St. West
     Sonoma, California 95476
     Telephone: (707) 935-3205
     Facsimile: (707) 935-7051
     Email: macclaw@macbarlaw.com
     *Attorneys for Debtor Industry West Commerce Center, LLC*