MANATT, PHELPS & PHILLIPS, LLP
CARL L. GRUMER (Bar No. CA 066045)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Appellant/ Secured Creditor
Central Pacific Bank

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 10-10088 |
| INDUSTRY WEST COMMERCE CENTER, LLC<br>a California limited liability company,<br><br>Debtor. | Chapter Number: 11<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Appellant and Secured Creditor Central Pacific Bank hereby appeals under 28 U.S.C. §158(a) and (b) from the Order Confirming Debtor's Plan of Reorganization (the "Order") of the Honorable Alan Jaroslovsky, entered in this bankruptcy case on August 20, 2010. A true and correct copy of the Order is attached hereto as Exhibit "1" and incorporated herein by this reference.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

<u>Appellant</u>: Central Pacific Bank
Attorneys: Carl Grumer, Manatt, Phelps & Phillips, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064, Telephone (310) 312-4000.

Ray H. Olmstead, P.O. Box 15031, Santa Rosa, CA 95402. Telephone (707) 539-5551.

<u>Respondent</u>: Industry West Commerce Center, LLC
Attorneys: John H. MacConaghy, MacConaghy & Barnier, PLC 645 First St. West, Sonoma, CA 95476, Telephone (707) 935-3205

<u>Respondent</u>: Todd JBRE, LLC
Attorneys: Steven M. Olson, Law Office of Steven M. Olson, 100 E St., Ste 214, Santa Rosa, CA 95404, Telephone (707) 575-1800

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right by filing a separate statement of election at the

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2  NOTICE OF APPEAL

Case: 10-10088   Doc# 94   Filed: 09/02/10   Entered: 09/02/10 18:19:14   Page 2 of 7

time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

Dated: September 1, 2010
MANATT, PHELPS & PHILLIPS, LLP
Carl L. Grumer

By: /s/ Carl L. Grumer
Carl L. Grumer
*Attorneys for Appellant/Secured Creditor*
CENTRAL PACIFIC BANK

300144857.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

NOTICE OF APPEAL

Case: 10-10088   Doc# 94   Filed: 09/02/10   Entered: 09/02/10 18:19:14   Page 3 of 7

**EXHIBIT 1**

Case: 10-10088  Doc# 94  Filed: 09/02/10  Entered: 09/02/10 18:19:14  Page 4 of 7

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Attorneys for Debtor
INDUSTRY WEST COMMERCE CENTER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

INDUSTRY WEST COMMERCE CENTER, LLC,
A California limited liability company

Debtor.

Case No. 10-10088
(Chapter 11)

**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION**

The Plan of Reorganization filed by the Debtor Industry West Commerce Center, LLC on February 18, 2010, as modified, came on for final Confirmation Hearing on June 3, 2010, and August 5, 2010. MacConaghy & Barnier, PLC by John H. MacConaghy appeared for the Debtor; other appearances were noted on the record at the respective hearings.

At the hearing on June 3, 2010, various parties presented evidence as to whether the Plan of Reorganization and the Debtor had complied with the requirements of 11 USC § 1129(a) and whether the Plan was fair and equitable as to all rejecting classes of creditors. Following that hearing, the Court issued its initial "Memorandum on Plan Confirmation", concluding that the Plan was not fair and equitable as to the secured claim of the Class 2 Creditor Todd JBRE, LLC, and reserving determination of other issues. The Debtor thereafter filed its Modified Plan of Reorganization, dated July 21, 2010, amending the treatment of the Class 2 Creditor. The Class 2 Creditor thereafter accepted the Plan, as modified. A further hearing was held on August 5, 2010, as to the ongoing objection to confirmation of the Class 1 Creditor Central Pacific Bank.

Following consideration of the evidence and the oral and written arguments of counsel, the Court issued its "Memorandum on Confirmation of Amended Plan" pursuant to Bankruptcy Rule 7052, specifying the terms under which the Plan would be confirmed. Thereafter a further Debtor's Modified Plan of Reorganization, dated August 16, 2010, incorporating the modifications specified in the "Memorandum on Confirmation of Amended Plan" was filed with the Court.

On consideration of the record of the case and the oral and written argument of counsel, the Court finds and concludes that the Debtor has proposed the Plan, as Modified, in good faith and in not by any means forbidden by law, that all required solicitation materials for the Plan have been duly transmitted to all appropriate parties in interest, and that the Plan, as Modified, otherwise complies with the provisions of 11 USC § 1129 and other applicable provisions of the Bankruptcy Code. Good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Debtor's Modified Plan of Reorganization, dated August 16, 2010, is confirmed;
2. The modifications to the Plan of Reorganization which are incorporated in Modified Plan of Reorganization, dated August 16, 2010 are deemed to be nonmaterial and/or favorable to all Classes of Creditors, and no new solicitation of Ballots by the Debtor of the Modified Plan of Reorganization is required;
3. All other objections to confirmation are overruled.

Dated: August 20, 2010

Alan Jaroslovsky
United States Bankruptcy Judge

Case: 10-10088   Doc# 90   Filed: 08/20/10   Entered: 08/20/10 13:23:10   Page 2 of 2
Case: 10-10088   Doc# 94   Filed: 09/02/10   Entered: 09/02/10 18:19:14   Page 6 of 7

## PROOF OF SERVICE

I, BEATRICE RUIZ, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On September 2, 2010, I served the within:

### NOTICE OF APPEAL

on the interested parties in this action addressed as follows:

John H. MacConaghy
MacConaghy & Barnier, PLC
645 First St. West
Sonoma, CA 95476
Email: macclaw@macbarlaw.com

Steven M. Olson
Law Office of Steven M. Olson
100 E. St., Ste. 214
Santa Rosa, CA 95404
Email: smo@smolsonlaw.com

Ray H. Olmstead
P.O. Box 15031
Santa Rosa, CA 95402
Email: rholmstead@rholmstead.com

[X] **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Los Angeles, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 2, 2010, at Los Angeles, California.

/s/ Beatrice Ruiz
BEATRICE RUIZ

300146051.1

Case: 10-10088    Doc# 94    Filed: 09/02/10    Entered: 09/02/10 18:19:14    Page 7 of 7
PROOF OF SERVICE