**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form CPR

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Industry West Commerce Center, LLC | Case No.: 10–10088 AJ 11 |
|---|---|
| Debtor(s) | Chapter: 11 |

## NOTICE OF CONFIRMATION OF PLAN
## TOGETHER WITH
## NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE OF COMPENSATION

**Notice is hereby given** of the entry of an order of this court on August 20, 2010, confirming the plan of reorganization as filed on August 17, 2010, by Industry West Commerce Center, LLC ;

A hearing on applications for allowance of compensation will be held as follows:

| **DATE:** October 8, 2010 | **TIME:** 10:30 AM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, Courtroom, 99 South E St., Santa Rosa, CA 95404 ||

**Notice is given further** that the following applications for compensation have been filed with the Clerk of the Court and will be heard at the above indicated date, time and location.

| **Applicant** | **Fees** | **Expenses** |
|---|---|---|
| John H. MacConaghy, Debtor's Attorney | $77,810.00 | $3,561.33 |

Interested parties are referred to the confirmation order and fee applications on file with the Clerk of the Court for particulars.

Dated: 9/14/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Case: 10-10088   Doc# 101   Filed: 09/14/10   Entered: 09/14/10 11:05:43   Page 1 of 1